174 A.3d 510

TIMOTHY CLARKE, PETITIONER–PETITIONER, v. BOARD OF
TRUSTEES, POLICE AND FIREMEN'S RETIREMENT
SYSTEM, RESPONDENTS–RESPONDENTS.

C–146 September Term 2017
079284

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004684–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.

174 A.3d 510

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JOSE CARRANZA, A/K/A JOSE LACHIRA,
DEFENDANT–PETITIONER.

C–190 September Term 2017
079348

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002777–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.